**Order entered January 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01066-CV

**SHELLY MARIE TRIGG, Appellant**

**V.**

**CHRISTOPHER DUNBAR, AS TRUSTEE OF THE
CHRIS AND PAIGE DUNBAR FAMILY TRUST, Appellee**

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-01748-2019**

## ORDER

Before the Court is appellee's January 2, 2020 motion for an extension of time to file his brief on the merits. As this is an accelerated appeal, appellee's brief was due on December 30, 2019, not on January 8, 2020 as stated in the motion. *See* TEX. RS. APP. P. 38.6(b); 4.1(a). We **GRANT** the motion and extend the time to **January 22, 2020**. We caution appellee that further extension requests will be disfavored.

/s/     KEN MOLBERG
JUSTICE